No. 76–711.   Feliciano et al. *v.* United States;

No. 76–5691.   Iacona *v.* United States; and

No. 76–5715.   Bishop et al. *v.* United States.   C. A. 4th Cir.   Certiorari denied.

No. 76–715.   Van Winkle *v.* McLucas, Secretary of the Air Force.   C. A. 6th Cir.   Certiorari denied.

No. 76–727.   Johnson *v.* United States.   C. A. 8th Cir. Certiorari denied.

No. 76–741.   Hunter *v.* North Carolina.   Sup. Ct. N. C. Certiorari denied.

No. 76–746.   Graves et al. *v.* Sneed et al.   C. A. 6th Cir. Certiorari denied.

No. 76–755.   Dema *v.* United States et al.   C. A. 7th Cir. Certiorari denied.

No. 76–758.   Sink *v.* Andrus, Secretary of the Interior. C. A. 4th Cir.   Certiorari denied.

No. 76–759.   Kinty, dba Kinty Trucking Co., et al. *v.* United Mine Workers of America; and

No. 76–945.   United Mine Workers of America *v.* Kinty, dba Kinty Trucking Co., et al.   C. A. 4th Cir. Certiorari denied.

No. 76–760.   James *v.* United States.   C. A. 6th Cir. Certiorari denied.

No. 76–763.   Camelia Builders, Inc., et al. *v.* Fidelity Mortgage Investors.   C. A. 2d Cir.   Certiorari denied.

No. 76–765.   Urda *v.* Pennsylvania Farview State Hospital.   Sup. Ct. Pa.   Certiorari denied.